

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2019

No. 04-19-00030-CR

Joseph Lee **GORE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17658
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was due on April 8, 2019. Before the due date, Appellant filed a first motion for a sixty-day extension of time to file the brief.

Appellant's motion is GRANTED. We caution Appellant that any further motion for extension of time to file the brief will be disfavored.

We ORDER Appellant to file the brief not later than June 10, 2019. If Appellant fails to file the brief as ordered, we may abate this appeal and remand the cause to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court